BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, INC., et al., Plaintiffs-Respondents, v PHILIP MORRIS USA INCORPORATED et al., Defendants-Appellants, et al., Defendants.

Submitted February 2, 2004; decided February 19, 2004

Motion by Product Liability Advisory Council, Inc. for leave to appear amicus curiae on consideration of certified question herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of the brief may be filed within 10 days.

In the Matter of BENJAMIN J. BRAMBLE, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted December 1, 2003; decided February 19, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of JOSEPH J. CERBONE.

Submitted January 20, 2004; decided February 19, 2004

Motion by Thomas J. Singleton, Esq. for leave to appear amicus curiae on the request for review herein denied.

In the Matter of CITINEIGHBORS COALITION OF HISTORIC CARNEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS PRESERVATION COMMISSION et al., Respondents.

Submitted February 17, 2004; decided February 19, 2004

Motion by Preservation League of New York State et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of CITINEIGHBORS COALITION OF HISTORIC CARNEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS PRESERVATION COMMISSION et al., Respondents.

Submitted February 17, 2004; decided February 19, 2004